ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2011 AUG 18 A 11: 48
CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| JIMMY LEWIS UNDERWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 311-011 |
| ) | |
| ERIC SHINSEKI, Secretary of the ) | |
| Department of Veterans Affairs, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** without prejudice for failure to timely effect service, and this civil action is **CLOSED**.

SO ORDERED this ___ day of August, 2011, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE